UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


| | | |
|---|---|---|
| DEBORAH ROLDAN | : | Civil Action   09-2182(WJM) |
| Plaintiff, | : | |
| -vs- | : | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |


Upon reading the affidavit of Plaintiff requesting that she be permitted to

proceed *in forma pauperis*:

IT IS on this   15th     day of    May, 2009;

ORDERED that Plaintiff be permitted to proceed without prepayment of fees or costs or

security therefor, in accordance with Section 1915 (a), Title 28, United States Code; and it is

further

ORDERED that Plaintiff's Complaint be sealed and the Amended Complaint be entered

on the docket,

ORDERED that the Clerk shall file the Amended Complaint without prepayment of the

filing fee; and it is further

ORDERED that the Clerk of the Court shall issue a summons, and the United States

Marshal shall serve a copy of the Amended Complaint and summons upon Defendant, pursuant

to 28 U.S.C. §1915(d), with all costs of service advanced by the United States.


s/William J. Martini

_____

WILLIAM J. MARTINI, U.S.D.J.

DNJ-Civ-011